FILED

08/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0313

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0313

JAMES T. and ELIZABETH GRUBA, and
LEO G. and JEANNE R. BARSANTI,

Petitioners and Appellants,

v.

MONTANA PUBLIC SERVICE COMMISSION,
and NORTHWESTERN ENERGY,

Respondents and Appellees.

FILED

AUG 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This matter comes before the Court on the motion of Appellees to strike Appellants' filing with this Court excerpts from the administrative proceeding transcript that were not before the District Court.

Appellees raise two arguments as to why the transcript excerpts should be stricken: (1) these excerpts should not be considered part of the record on appeal under M. R. App. P. 8(1) because they were not filed in the District Court; and (2) this matter is before this Court as an appeal from a dismissal for lack of subject matter jurisdiction and the transcripts are irrelevant to that issue.

Appellants oppose the motion to strike and argue the only reason the transcript was not before the District Court was because Appellant Montana Public Service Commission (PSC) failed to transmit the entire record as required by § 2-7-702(4), MCA, thereby forcing Appellees to obtain these excerpts for this appeal at their own expense. Appellants argue that their due process rights would be violated if they are not permitted to file these excerpts with this Court.

Under M. R. App. P. 8(1), and except as otherwise provided by the Montana Rules of Appellate Procedure, the record on appeal consists of the original papers and exhibits filed in the district court, the transcript of the [district court] proceedings, and a certified

copy of the docket. Since the administrative proceeding transcript was not before the District Court, it is not properly before this Court on appeal unless it falls under an exception to this Rule. Although Appellants further argue that the PSC is at fault for the lack of transcript at the District Court level, we are not persuaded that the lack of such transcript bears any relevance to the appeal before this Court. The District Court dismissed Appellants' request for judicial review of a final order of the PSC because it determined that Appellants failed to exhaust their administrative remedies. Therefore, the court concluded that it lacked the subject matter jurisdiction to consider the matter. Appellants have not demonstrated that the offered excerpts from the transcript of the administrative proceedings have any bearing upon the issue of whether the District Court's dismissal for failure to exhaust administrative remedies was legally correct.

THEREFORE,

IT IS ORDERED that Appellees' Motion to Strike the excerpts of the transcript from the underlying administrative proceeding is GRANTED.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this 25 day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2